IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Morica Kraft, a single woman,<br><br>Plaintiff,<br><br>v.<br><br>Cunningham & Associates Incorporated, an Arizona corporation; George and Jane Doe Cunningham, husband and wife; Bob L. and Jane Doe Cunningham, husband and wife; Patricia A. and John Doe Cunningham, wife and husband,<br><br>Defendants. | No. CV-12-02664-PHX-GMS<br><br>**ORDER** |

The parties having agreed and stipulated pursuant to the Stipulated Dismissal with Prejudice (Doc. 20) and good cause appearing,

**IT IS HEREBY ORDERED** dismissing this matter with prejudice with the parties to bear their own attorneys' fees and costs.

**IT IS FURTHER ORDERED** directing the Clerk of the Court to terminate this matter.

Dated this 31st day of May, 2013.

*/s/ A. Murray Snow*
G. Murray Snow
United States District Judge